J. Russell Stedman (117130), rstedman@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108-2713
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendants SUN LIFE ASSURANCE
COMPANY OF CANADA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alan De Dios, Rolando De Dios and Sheila Villamor, | ) CASE NO.   2:07-CV-00947-FCD-JFM |
| | ) |
| Plaintiffs, | ) **STIPULATION AND ORDER TO** |
| | ) **DISMISS ACTION WITH PREJUDICE AS** |
| Sun Life Assurance Company of Canada, The | ) **TO DEFENDANT SUN LIFE** |
| Volcano Corporation Group Life Insurance | ) **ASSURANCE COMPANY OF CANADA** |
| Plan, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION AND ORDER TO DISMISS ACTION AS TO DEFENDANT SUN LIFE

Plaintiffs Alan De Dios, Rolando De Dios and Sheila Villamor ("Plaintiffs") and Defendant Sun Life Assurance Company of Canada ("Sun Life"), by and through their counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to Sun Life only.  Each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  July 27, 2007          BARGER & WOLEN LLP


By:___/s/ Kathleen E. Dyer_____
　　　J. Russell Stedman, Esq.
　　　Kathleen E. Dyer, Esq.
　　　Attorneys for Defendants SUN LIFE
　　　ASSURANCE COMPANY OF CANADA


Dated:  July 27, 2007          LAW OFFICES OF ALAN M. LASKIN


By:___/s/ Alan M. Laskin_____
　　　Alan M. Laskin, Esq.
　　　Attorney for Plaintiffs ALAN DE DIOS,
　　　ROLANDO DE DIOS AND SHEILA
　　　VILLAMOR

Dated:  July 27, 2007          WALDRON & OLSON, LLP


By:___/s/ David I. Lipsky_____
　　　David I. Lipsky, Esq.
　　　Attorneys for Plaintiffs ALAN DE DIOS,
　　　ROLANDO DE DIOS AND SHEILA
　　　VILLAMOR

STIPULATION TO DISMISS ACTION AS TO DEFENDANT SUN LIFE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

### ORDER

The above-captioned matter is dismissed in its entirety with prejudice as to Defendant Sun Life, each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  July 31, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS ACTION AS TO DEFENDANT SUN LIFE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800